JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANOUSH SADEGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:25-cv-00187-CBM-SK<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE [21]**<br><br>Judge:　Hon. Consuelo B. Marshall<br>Ctrm:　8D, 8th Floor<br><br>Complaint Filed: January 7, 2025 |

　　Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: October 31, 2025

　　　　　　　　　　　　　　　　　　　　　　*/s/ Consuelo B. Marshall*
　　　　　　　　　　　　　　　　　　　　　　Hon. Consuelo B, Marshall
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1